UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERANCE MORSE,
    Plaintiff,

vs.                                      Case No.:  3:24-cv-481/MCR/ZCB

TRANS UNION CORP.,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 26, 2024.  (Doc. 12).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2.    The Defendant's Motion to Dismiss (Doc. 8) is **GRANTED** and Plaintiff's claims are **DISMISSED** for failure to state a claim under Fed. R. Civ. P. 12(b)(6), with leave to amend.

3. Plaintiff has fourteen days from the date of this Order to file an amended complaint. If no timely amendment is filed, the case is **DISMISSED with prejudice**, and the Clerk is directed to close the file at that time. If an amended complaint is filed, the Clerk is directed to refer the case back to Magistrate Judge Bolitho.

**DONE AND ORDERED** this 21st day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**